UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TROY MONN,

    Plaintiff,

v.                                                Case No. 5:20-cv-266-TKW-MJF

CENTURION OF FLORIDA, LLC, *et al.*,

    Defendants.
_____/

## **O R D E R**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 34). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Plaintiff's Eighth Amendment claims against Defendants M. Marlowe and Centurion of Florida, LLC, fail to state a claim upon which relief can be granted and that those claims should be dismissed with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1). Accordingly, it is **ORDERED** that:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Eighth Amendment claim against Defendant M. Marlowe is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1).

3. Plaintiff's Eighth Amendment claim against Defendant Centurion of Florida, LLC, is **DISMISSED with prejudice** pursuant to 28 U.S.C. §§1915(e)(2)(B)(ii) and 1915A(b)(1).

4. This case is recommitted to the magistrate judge to address Plaintiff's remaining claims.

**DONE and ORDERED** this 11th day of April, 2022.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**